**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

HOMEALITY, LLC                                                                                             PLAINTIFF

V.                                                                                                                   NO. 3:23-CV-85

STEPHANIE LEONARD and
SAFE AND SOUND HOME CARE LLC                                                            DEFENDANTS

## ORDER OF RECUSAL

The above styled and numbered cause was assigned to United States District Judge Michael P. Mills on March 24, 2023. Judge Mills, on his own motion, hereby **RECUSES** himself from this cause.

It is **ORDERED** that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This the 28th day of March 2023.

**/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI**